UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN W. MANN, | Case No. 2:16-cv-01538-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF NEW YORK MELLON CORP., et al. | |
| Defendants. | |

This matter is also before the court on the parties' failure to file a joint status report as required in Order (ECF No. 2) entered June 29, 2016, regarding removal of this case to federal district court. On July 14, 2016, Defendant Nationstar Mortgage, LLC filed a signed Statement (ECF No. 7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than August 25, 2016,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 11th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1